THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
 cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile:  415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HOLMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:18-cv-00125<br><br>**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>U.S. District Judge Edward Davila |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00125

Pursuant to Federal Rule of Civil Procedure 7.1(a), Apple Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 12, 2018                              GIBSON, DUNN & CRUTCHER LLP

By:    /s/ *Theodore J. Boutrous, Jr.*
       Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1

DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00125

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I caused to be electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 12, 2018        GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Theodore J. Boutrous*
           Theodore J. Boutrous

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:18-CV-00125